UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

MARY LOGAN,

          Plaintiff,

v.

MERRIMAC PAPER CO., INC.
LEVERAGED EMPLOYEES' STOCK
OWNERSHIP PLAN AND TRUST, AND
GERARD J. GRIFFIN, JR., BREWSTER
STETSON, JAMES MORIARTY AND
JOHN T. LEAHY, as they are or were
Administrators and/or Trustees of the
Merrimac Paper Co., Inc. Leveraged
Employee Stock Ownership Plan,

          Defendants.

Civil Action No.: 03-CV-12351-RGS

---

## MOTION OF DEFENDANTS BREWSTER STETSON, JAMES MORIARTY, GERARD GRIFFIN AND JOHN LEAHY TO DISMISS PLAINTIFF'S COMPLAINT

Defendants Brewster Stetson ("Stetson"), James Moriarty ("Moriarty"), Gerard Griffin ("Griffin") and John Leahy ("Leahy") (collectively "individual defendants") hereby move to dismiss Plaintiff's Complaint as to the claims against them in Counts I-III, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), on the grounds that: (1) Plaintiff lacks standing to bring her claims under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 et. seq. ("ERISA"); (2) Plaintiff fails to allege sufficient facts to state a claim against Defendant Moriarty; (3) Plaintiff fails to state a claim or have any form of relief available to her under 29 U.S.C. § 1132(a)(1)(B), § 1109, § 1132 (a)(2), and § 1132 (a)(3) of ERISA; and (4) to the extent that Defendants owed a fiduciary duty to Plaintiff, they did not breach their duty. Defendant Griffin also moves to dismiss Count IV of Plaintiff's Complaint which is directly solely against him on the grounds that: (1) Plaintiff lacks standing to bring her claims against him under 29 U.S.C. §1132(c)(1)(B); and (2) Plaintiff fails to state a claim upon which relief may be granted.

These grounds for Defendants' motion are set forth more fully in the memorandum of law filed herewith.[1]

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned counsel hereby certifies that the parties have conferred and attempted in good faith to resolve or narrow the issues but could not reach an agreement on this motion. Specifically, on behalf of the individual defendants, counsel for James Moriarty, Richard W. Paterniti, spoke with Plaintiff's counsel, Michael Cetrone, in late December, 2003 at which time Mr. Paterniti indicated that the individual defendants intended to file a motion to dismiss. Mr. Paterniti tried to reach Mr. Cetrone again on January 30, 2004 to further confer on the issues but was informed that Mr. Cetrone was on trial and unavailable. The individual defendants also reiterated to Plaintiff's counsel, by letter dated January 26, 2004, that they intended to file this motion.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the individual Defendants hereby request oral argument for this motion as they believe that oral argument may assist the court in its review of this motion.

WHEREFORE, Defendants Brewster Stetson, James Moriarty, Gerard Griffin and John Leahy hereby request that this Court dismiss Plaintiff's Complaint as to the claims against them.

---

[1] Defendant Griffin submits an additional memorandum as to Count IV only.

2

Respectfully submitted,

| | |
|---|---|
| GERARD GRIFFIN, | JAMES MORIARTY, |
| By his attorneys, | By his attorneys, |
| *Robert P. Morris (RWP)* | *Richard W. Paterniti* |
| Robert P. Joy (BBO# 254820) | Joan Ackerstein, (BBO# 348220) |
| Robert P. Morris (BBO# 546052) | Richard W. Paterniti (BBO# 645170) |
| MORGAN, BROWN & JOY | JACKSON LEWIS LLP |
| One Boston Place | 75 Park Plaza |
| Boston, MA 02108 | Boston, Massachusetts 02116 |
| (617) 523-6666 | (617) 367-0025 |
| Dated: January 30, 2004 | Dated: January 30, 2004 |

BREWSTER STETSON and
JOHN T. LEAHY,

By their attorneys,

*Christine M. O'Connor (RWP)*
Michael T. Gass (BBO#546874)
Christine M. O'Connor (BBO#647535)
PALMER & DODGE LLP
111 Huntington Avenue at Prudential Center
Boston, MA 02199
(617) 239-0100
Dated: January 30, 2004

## CERTIFICATE OF SERVICE

This is to certify that on January 30, 2004, a copy of the foregoing document was served upon Plaintiff's Attorney, Michael Cetrone, Nutter McClennen & Fish, LLP, 155 Seaport Boulevard, Boston, MA 02210; Robert Morris, Morgan, Brown & Joy, One Boston Place, Boston, MA 02108; and Michael T. Gass and Christine M. O'Connor, Palmer and Dodge, LLP, 111 Huntington Avenue, Boston, MA 02108 (617) 239-0100, by first class mail, postage prepaid.

*Richard W. Paterniti*
Jackson Lewis LLP

3