UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM L. PROVOST, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MERRIMAC PAPER CO., INC. )<br>LEVERAGED EMPLOYEES' STOCK )<br>OWNERSHIP PLAN AND TRUST, AND )<br>GERARD J. GRIFFIN, JR., BREWSTER )<br>STETSON, JAMES MORIARTY AND )<br>JOHN T. LEAHY, as they are or were )<br>Administrators and/or Trustees of the )<br>Merrimac Paper Co., Inc. Leveraged )<br>Employee Stock Ownership Plan, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 03-CV-12504-RGS |

### ASSENTED-TO MOTION FOR EXTENSION OF TIME TO OPPOSE MOTION OF DEFENDANTS BREWSTER STETSON, JAMES MORIARTY, GERARD GRIFFIN AND JOHN LEAHY TO DISMISS PLAINTIFF'S COMPLAINT AND MOTION OF DEFENDANT GERARD J. GRIFFIN, JR. TO DISMISS COUNT IV OF COMPLAINT

Plaintiff, William L. Provost, Jr., hereby moves to extend the time provided under Local Rule 7.1(B)(2), for additional time, up to and including March 5, 2004, to oppose the Motion Of The Defendants To Dismiss Plaintiff's Complaint and the Motion Of Defendant Gerard J. Griffin, Jr. To Dismiss Count IV of the Complaint. As grounds for this Motion, Plaintiff states that the additional time is necessary to prepare a complete opposition to Defendants' Motions which assert various grounds in support of their requests to dismiss part, or all, of the Complaint in this action.

Pursuant to Local Rule 7.1(A)(2), counsel for Plaintiff, Michael Cetrone, conferred with Attorney Richard Paterniti, on behalf of the individual Defendants, who provided assent on behalf of the individual Defendants to this Motion.

WHEREFORE, Plaintiff hereby respectfully requests that he be granted an extension of time up to and including March 5, 2004 to oppose the Motions of the Defendants to Dismiss all or part of Plaintiff's Complaint.

<table>
<tr><td>

**JAMES MORIARTY**

By his attorneys,

*/s/ Richard W. Paterniti (mtc)*
Joan Ackerstein (BBO #348220)
Richard W. Paterniti (BBO #645170)
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025
Dated: February 25, 2004

**BREWSTER STETSON AND JOHN T. LEAHY**

By their attorneys,

*/s/ Christine O'Connor (mtc)*
Michael T. Gass (BBO #546874)
Christine M. O'Connor (BBO #647535)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0343
Dated: February 25, 2004

**GERARD GRIFFIN**

By his attorneys,

*/s/ Robert Morris (mtc)*
Robert P. Joy (BBO #254820)
Robert P. Morris (BBO #546052)
MORGAN, BROWN & JOY
One Boston Place
Boston, MA 02108
(617) 523-6666
Dated: February 25, 2004

</td><td>

**WILLIAM L. PROVOST, JR.**

By his attorney,

*/s/ Michael Cetrone*
Michael T. Cetrone (BBO #079980)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000
Dated: February 25, 2004

</td></tr>
</table>

## CERTIFICATE OF SERVICE

This is to certify that on February __, 2004, a copy of the foregoing document was served upon Defendant James Moriarty's attorneys, Joan Ackerstein, Richard W. Paterniti and Thomas P. Smith, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116, Defendants Brewster Stetson and John T. Leahy's attorneys, Michael T. Gass and Christine M. O'Connor, Palmer & Dodge LLP, 111 Huntington Avenue, Boston, MA 02199, and and attorneys for Defendant Gerard Griffin's attorneys, Robert P. Morris, Morgan, Brown & Joy, One Boston Place, Boston, MA 02108 by first class mail, postage prepaid.

_____
Michael T. Cetrone