UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

WILLIAM L. PROVOST, JR.,

                Plaintiff,

v.

MERRIMAC PAPER CO., INC.
LEVERAGED EMPLOYEES' STOCK
OWNERSHIP PLAN AND TRUST, AND
GERARD J. GRIFFIN, JR., BREWSTER
STETSON, JAMES MORIARTY AND
JOHN T. LEAHY, as they are or were
Administrators and/or Trustees of the
Merrimac Paper Co., Inc. Leveraged
Employee Stock Ownership Plan,

                Defendants.

Civil Action No.: 03-CV-12504-RGS

---

## INDIVIDUAL DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY BRIEF WITHIN FOURTEEN DAYS AFTER A DECISION ON THE INDIVIDUAL DEFENDANTS' PENDING MOTION TO DISMISS IN THE RELATED MATTER OF EGGERT, ET AL. V. MERRIMAC PAPER COMPANY, ET. AL OR, IN THE ALTERNATIVE, WITHIN FOURTEEN DAYS OF A DECISION ON THIS MOTION

Defendants Brewster Stetson ("Stetson"), James Moriarty ("Moriarty"), Gerard Griffin ("Griffin") and John Leahy ("Leahy") (collectively "Individual Defendants") hereby move for leave from this Court to file a reply to Plaintiff's Opposition to the Individual Defendants' Motion to Dismiss fourteen (14) days after a decision is rendered by Magistrate Judge Collings in the case of Eggert, et. al. v. Merrimac Paper Company, et. al., C.A. No. 03-CV-10048-RBC.[1] In the alternative, the Individual Defendants move for leave to file their reply within fourteen (14) days of a decision on this motion. As grounds for this motion, the Individual Defendants state the following:

---

[1] Leave is sought to file a reply to Plaintiff's Opposition to both the Individual Defendant's Motion to Dismiss Counts I-III and the Motion of Defendant Gerard J. Griffin, Jr. to Dismiss Count IV of Complaint.

1. On or about January 30, 2004, the Individual Defendants filed a Motion to Dismiss Plaintiff's Complaint in this action. On or about March 5, 2004, Plaintiff filed an Opposition to the Individual Defendants' Motion to Dismiss.

2. On or about April 17, 2003, the Individual Defendants named in this case filed a motion to dismiss in the case of <u>Eggert, et. al. v. Merrimac Paper Company, et al.</u>, C.A. No. 03-CV-10048-RBC. On or about May 30, 2003, the plaintiffs in that action filed their opposition to the motion. The parties also filed reply and sur-reply briefs on June 30, 2003 and July 16, 2003, respectively. The facts and allegations in the case of <u>Eggert, et. al. v. Merrimac Paper Company, et al.</u> are almost identical to the facts and allegations in this case. Specifically, in both cases, the plaintiffs bring the same claims under ERISA as against the Individual Defendants, including but not limited to claims under Sections 1132(a)(1)(B), 1132(a)(2), 1109, 1132(a)(3). In addition, in each case the plaintiffs argue that the Individual Defendants somehow breached their fiduciary duties to the plaintiffs as trustees of an employee stock ownership plan when Merrimac Paper Company defaulted on a promissory note it entered with the plaintiffs or on plaintiffs' behalf. Moreover, the Individual Defendants raise virtually the same arguments in support of their motions to dismiss in each case.

3. Further, in the Court's recent decision on February 24, 2004 on the Individual Defendants' Motion to Consolidate the case at bar with the <u>Eggert</u> case, the Court stated that a decision in the <u>Eggert</u> case by Magistrate Judge Collings was "imminent."

4. As a result, due to the fact that the this case and the <u>Eggert</u> case include facts, allegations, and legal arguments that are almost identical, and because the decision in the <u>Eggert</u> case is "imminent," the Individual Defendants request leave from this Court to file a reply brief to Plaintiff's Opposition to their motion to dismiss within fourteen (14) days after a decision is

rendered by Magistrate Judge Collings on the motion to dismiss in the Eggert case. By permitting the Individual Defendants to file a reply brief after Magistrate Judge Collings issues his decision on the motion to dismiss in the Eggert case, the Individual Defendants will be able to provide the Court with the most cogent and useful reply to Plaintiff's opposition to their motion to dismiss in this case.

5. If the Court does not permit the above request, the Individual Defendants request, in the alternative, leave to file a reply brief within fourteen (14) days of a decision on this motion.

6. The Individual Defendants have conferred with Plaintiff who did not assent, through her attorney, to the request by the Individual Defendants for leave to file a reply fourteen (14) days after Magistrate Judge Collings' decision in the Eggert case. Plaintiff, however, through his attorney, did assent to the request in this motion by the Individual Defendants' for leave to file a reply brief within fourteen (14) days of a decision on this motion.

WHEREFORE, the Individual Defendants hereby request leave from this Court to file a reply within fourteen (14) days after Magistrate Judge Collings renders a decision on the pending Motion to Dismiss in the case of Eggert, et. al. v. Merrimac Paper Company, et. al., 03-CV-10048-RBC. In the alternative, the Individual Defendants request leave from this Court to file a reply brief within fourteen (14) days of a decision on this motion.

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel hereby certify that the parties have conferred and attempted in good faith to resolve or narrow the issues.

Respectfully submitted,

| | |
|---|---|
| GERARD GRIFFIN,<br>By his attorneys,<br><br>*/s/ Robert P. Morris (RWP)*<br>Robert P. Joy (BBO# 254820)<br>Robert P. Morris (BBO# 546052)<br>MORGAN, BROWN & JOY<br>One Boston Place<br>Boston, MA 02108<br>(617) 523-6666<br>Dated: March 23, 2004 | JAMES MORIARTY,<br>By his attorneys,<br><br>*/s/ Richard W. Paterniti*<br>Joan Ackerstein, (BBO# 348220)<br>Richard W. Paterniti (BBO# 645170)<br>JACKSON LEWIS LLP<br>75 Park Plaza<br>Boston, Massachusetts 02116<br>(617) 367-0025<br>Dated: March 23, 2004<br><br>BREWSTER STETSON and<br>JOHN T. LEAHY,<br><br>By their attorneys,<br><br>*/s/ Christine M. O'Connor (RWP)*<br>Michael T. Gass (BBO#546874)<br>Christine M. O'Connor (BBO#647535)<br>PALMER & DODGE LLP<br>111 Huntington Avenue at Prudential Center<br>Boston, MA 02199<br>(617) 239-0100<br>Dated: March 23, 2004 |

## CERTIFICATE OF SERVICE

This is to certify that on March 23, 2004, a copy of the foregoing document was served upon Plaintiff's Attorney, Michael Cetrone, Nutter McClennen & Fish, LLP, 155 Seaport Boulevard, Boston, MA 02210; Robert Joy and Robert Morris, Morgan, Brown & Joy, One Boston Place, Boston, MA 02108; and Michael T. Gass and Christine M. O'Connor, Palmer and Dodge, LLP, 111 Huntington Avenue, Boston, MA 02108 (617) 239-0100, by first class mail, postage prepaid.

*/s/ Richard W. Paterniti*
Jackson Lewis LLP

H:\PaternitiR\Merrimac Paper\Provost\Pleadings\Mot for Leave for Reply Brief.doc