# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**WILLIAM A. PROVOST, JR.**
    **Plaintiff,**

    v.                                                              **CIVIL ACTION NO.**
                                                                       **03-12504-RGS (RBC)**

**THE MERRIMAC PAPER**
**COMPANY, INC., ET AL**
    **Defendants.**

## *NOTICE OF CONFERENCE*

Please take notice that a **CONFERENCE** in the above-styled case is scheduled for **Wednesday, May 5, 2004 at 10:30 A.M.** in Courtroom #14, 5th Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210 before Robert B. Collings, United States Magistrate Judge.

                                                                     **ROBERT B. COLLINGS**
                                                                     **United States Magistrate Judge**

                                                                   *Kathleen M. Dolan*
                                                                    **Deputy Clerk**
                                                                    **(617) 748-9229**

April 15, 2004.

Notice Sent to:
Michael T. Cetrone, Esquire
Robert P. Joy, Esquire
Michael T. Gass, Esquire
Joan I. Ackerstein, Esquire