UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM L. PROVOST, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 03-CV-12504-RGS |
| | ) | |
| MERRIMAC PAPER CO., INC. | ) | |
| LEVERAGED EMPLOYEES' STOCK | ) | |
| OWNERSHIP PLAN AND TRUST, | ) | |
| MERRIMAC PAPER CO., INC., AND | ) | |
| GERARD J. GRIFFIN, JR., BREWSTER | ) | |
| STETSON, JAMES MORIARTY AND | ) | |
| JOHN T. LEAHY, as they are or were | ) | |
| Administrators and/or Trustees of the | ) | |
| Merrimac Paper Co., Inc. Leveraged | ) | |
| Employee Stock Ownership Plan, | ) | |
| | ) | |
| Defendants. | ) | |

## WILLIAM L. PROVOST, JR.'S
## SUPPLEMENTAL RULE 7.1(A)(2) CERTIFICATION

Plaintiff, William L. Provost, Jr., hereby supplements his Rule 7.1(A)(2) Certification,

in his Motion To Submit Memorandum In Sur-Reply To Individual Defendants' And Gerald J.

Griffin's Reply Memoranda filed on April 28, 2004.  Undersigned counsel certifies that

- 2 -

Attorney Richard W. Paterniti has notified him that Defendants' counsel have assented to Plaintiff's Motion.

**WILLIAM L. PROVOST, JR.**

By his attorneys,

_____
Michael T. Cetrone (BBO #079980)
Robert D. Webb (BBO #555666)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Dated: April 30, 2004
1323337.1

1323337.1

## CERTIFICATE OF SERVICE

      This is to certify that on April 30, 2004, copies of the foregoing documents were served upon Defendant James Moriarty's attorney, Richard W. Paterniti, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116, Defendants Brewster Stetson and John T. Leahy's attorney, Christine M. O'Connor, Palmer & Dodge LLP, 111 Huntington Avenue, Boston, MA 02199, and Defendant Gerard Griffin's attorney, Robert P. Morris, Morgan, Brown & Joy, One Boston Place, Boston, MA 02108 by first class mail, postage prepaid.

                                                Michael T. Cetrone

 **Nutter**

Michael T. Cetrone
Direct Line: 617-439-2243
Fax: 617-310-9243
E-mail: mcetrone@nutter.com

April 30, 2004

**BY HAND DELIVERY**
Elaine Flaherty, Docket Clerk to the Honorable Richard G. Stearns
United States District Court
One Courthouse Way
Boston, MA 02110

Re:  Provost v. Merrimac Paper Co., Inc. Leveraged Employees' Stock Ownership Plan & Trust, et al., Civil Action No. 03-12504-RGS

Dear Ms. Flaherty:

Enclosed for filing in the above-referenced action are:

1. William L. Provost, Jr.'s Supplemental Rule 7.1(A)(2) Certification; and

2. Certificate of Service.

Please let me know if you have any questions concerning this filing.

Thank you for your assistance.

Very truly yours,

Michael T. Cetrone

MTC/ms2
Enclosures
cc: Robert P. Morris, Esq.
    Christine O'Connor, Esq.
    Richard W. Paterniti, Esq.

Nutter McClennen & Fish LLP ■ Attorneys at Law

World Trade Center West ■ 155 Seaport Boulevard ■ Boston, MA 02210-2604 ■ 617-439-2000 ■ Fax: 617-310-9000 ■ www.nutter.com