UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*************************************
WILLIAM L. PROVOST, JR.,      *
     *
        Plaintiff,      *
     *
v.      *
     *
MERRIMAC PAPER CO., INC.      *
LEVERAGED EMPLOYEES' STOCK      *     Civil Action No. 03-12504-RGS
OWNERSHIP PLAN AND TRUST,      *
AND GERARD J. GRIFFIN, JR.,      *
BREWSTER STETSON, JAMES      *
MORIARTY AND JOHN T. LEAHY,      *
as they are or were Administrators      *
and/or Trustees of the Merrimac      *
Paper Co., Inc. Leveraged Employee      *
Stock Ownership Plan,      *
     *
        Defendants.      *
*************************************

5/10/04
FILED
USDC

## NOTICE OF APPEARANCE

Please enter the appearance of Robert P. Morris, Esq., Morgan, Brown & Joy, LLP, One Boston Place, Boston, MA 02108-4472, as co-counsel for Gerard J. Griffin, Jr. in the above-referenced matter.

Respectfully submitted,

GERARD J. GRIFFIN, JR.,

By his Attorneys,

MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108-4472
Telephone: (617) 523-6666
Telecopy: (617) 367-3125
rmorris@morganbrown.com

By: _____
Robert P. Joy
B.B.O. #254820
Robert P. Morris
B.B.O. #546052

Dated: May 5, 2004

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on May 5, 2004, I caused a copy of the within pleading to be served by first class mail on Michael T. Gass and Christine M. O'Connor, Palmer & Dodge LLP, 111 Huntington Avenue at Prudential Center, Boston, MA 02199-7613, Joan Ackerstein and Richard W. Paterniti, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116 and on Michael T. Cetrone and Robert D. Webb, Nutter McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02210-2604.

_____
Robert P. Morris