# United States District Court
# District of Massachusetts

WILLIAM L. PROVOST, JR.,
    Plaintiff,

    v.                              CIVIL ACTION NO. 03-12504-RGS

THE MERRIMAC PAPER
    COMPANY, INC. LEVERAGED
    EMPLOYEE STOCK OWNERSHIP
    PLAN AND TRUST ("the ESOP"),
GERARD J. GRIFFIN, JR.,
BREWSTER STETSON,
JAMES MORIARTY, and
JOHN T. LEAHY,
    as they are or were
    Administrators and/or
    Trustees of the ESOP,
        Defendants.

## *NOTICE OF HEARING AND CONFERENCE*

COLLINGS, U.S.M.J.

    Counsel are directed to appear for a Further Scheduling Conference and Motions Hearing on *Wednesday, May 26, 2004 at 2:15 P.M.* at Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts.

The Court will set a discovery schedule which hopefully will be identical to the schedule set in the *Eggert* case. Also, the Court will hear those portions of pending motions to dismiss (## 3, 5) which are not governed by the Court's ruling in the *Eggert* opinion.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate

Date: May 20, 2004.