UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| William L. Provost, Jr.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>MERRIMAC PAPER CO., INC. and GERARD J. GRIFFIN, JR., BREWSTER STETSON, JAMES MORIARTY, and JOHN T. LEAHY, as they are or were Administrators and/or Trustees of the Merrimac Paper Co. Inc. Leveraged Employee Stock Ownership Plan,<br>　　　　　　　　　Defendants. | Civil Action<br>No. 03-CV-12504-RGS |

## DEFENDANT BREWSTER STETSON'S AND DEFENDANT JOHN T. LEAHY'S CONSENT TO ASSIGNMENT OF CASE TO MAGISTRATE

In response to Judge Collings request, made during the May 5, 2004 Scheduling Conference for *Eggert, et al. v. Merrimac Paper Co., Inc., et al.*, Civil Action No. 03-10048-MLW, defendants Brewster Stetson and John T. Leahy hereby consent to the transfer of the above-captioned civil action to Magistrate Judge Collings for all purposes.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　Brewster Stetson and John T. Leahy,
　　　　　　　　　　　　　　　　　　by their attorneys,

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Michael T. Gass (BBO #546874)
　　　　　　　　　　　　　　　　　　Christine O'Connor (BBO # 647535)
　　　　　　　　　　　　　　　　　　PALMER & DODGE LLP
　　　　　　　　　　　　　　　　　　111 Huntington Avenue at Prudential Center
Dated: May 17, 2004　　　　　　　　Boston, MA 02199

**CERTIFICATE OF SERVICE**

　　I, Christine O'Connor, certify that on May 17, 2004, a copy of the foregoing document was served upon counsel of record to this action, Jeffrey B. Renton and Edward J. Denn, Gilbert & Renton LLC, 23 Main Street, Andover, MA 01810, Matthew A. Caffrey and Thomas P. Smith, Caffrey & Smith, P.C., 300 Essex Street, Lawrence, MA 01840, Michael T. Cetrone and Robert D. Webb, Nutter McClennen & Fish LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02210-2604, Robert P. Joy and Robert P. Morris, Morgan, Brown & Joy LLP, One Boston Place, Suite 1616, Boston, MA 02108, and Joan Ackerstein and Richard W. Paterniti, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116, by first class mail, postage prepaid.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Christine O'Connor