UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 MAY 25 P 3:09
U.S. DISTRICT COURT
DISTRICT OF MASS.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WILLIAM L. PROVOST, JR.,      \*
                       \*
       Plaintiff,            \*
                       \*
v.                          \*
                       \*
MERRIMAC PAPER CO., INC.      \*
LEVERAGED EMPLOYEES' STOCK   \*      Civil Action No. 03-12504-RGS
OWNERSHIP PLAN AND TRUST,     \*
AND GERARD J. GRIFFIN, JR.,    \*
BREWSTER STETSON, JAMES       \*
MORIARTY AND JOHN T. LEAHY,    \*
as they are or were Administrators   \*
and/or Trustees of the Merrimac     \*
Paper Co., Inc. Leveraged Employee   \*
Stock Ownership Plan,            \*
                       \*
       Defendants.          \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### RESPONSE OF DEFENDANT GRIFFIN TO JUDGE STEARNS' APRIL 2, 2004 ORDER AND PLAINTIFF'S STATEMENT PURSUANT TO THE ORDER

Defendant Gerard Griffin ("Griffin") responds to Judge Stearns' April 2, 2004 Order instructing the parties to raise issues not addressed in *Eggert v. The Merrimac Paper Co., Inc. Leveraged Employee Stock Ownership Plan and Trust*, Civ. A. No. 03-10048-RBC, 2004 WL 719246 (D. Mass.), and responds to Plaintiff Provost's Statement pursuant to the April 2, 2004 Order:

The briefs submitted on Count IV of the Complaint have shown the following: Count IV is brought solely against Defendant Griffin. Plaintiff alleges (Complaint, par. 45) that he "submitted, through his attorney, a written request to Griffin, the ESOP Committee and ESOP Trustee for an explanation of the failure of the ESOP to make the first installment required under the Note be paid." Count IV alleges (at par. 70) that

Griffin violated 29 U.S.C. §1132(c)(1)(B) by not "responding to any of the...requests for ESOP plan documents, including an explanation of the failure of the Defendants to make the payments due...under the ESOP and the Note." Plaintiff contends that such information should have been provided pursuant to 29 U.S.C. §1024(b)(4).

Section 1024(b)(4) requires a plan administrator to "furnish a copy of the latest updated summary[,] plan description, and the latest annual report, any terminal report, the bargaining agreement, trust agreement, contract, or other instruments under which the plan is established or operated." Under precedent in this circuit and elsewhere, the term "other instruments under which the plan is established or operated" "refers to the formal legal documents that underpin the plan." See Doe v. Trustees Insurance Co., 167 F.3d 53 (1st Cir. 1999). Explanations for not making certain payments do not come within the meaning of this provision. Accordingly, Count IV of Plaintiff's Complaint should be dismissed.[1]

---

[1] While the Complaint implies that Plaintiff sought documents other than an explanation for the non-payment, the requests for information referred to in the Complaint, and attached to the reply memorandum in support of the motion to dismiss, reveal that Plaintiff only sought the explanation described above.

2

Respectfully submitted,

GERARD J. GRIFFIN, JR.,

By his Attorneys,

MORGAN, BROWN & JOY, LLP
One Boston Place
Boston, MA 02108-4472
Telephone: (617) 523-6666
Telecopy: (617) 367-3125

By: _____
Robert P. Joy
B.B.O. #254820
Robert P. Morris
B.B.O. #546052

Dated: May 25, 2004

### CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on May 25, 2004, a copy of the foregoing document was served upon counsel of record to this action, Jeffrey B. Renton and Edward J. Denn, Gilbert & Renton LLC, 23 Main Street, Andover, MA 01810, Matthew A. Caffrey and Thomas P. Smith, Caffrey & Smith, P.C., 300 Essex Street, Lawrence, MA 01840, Michael T. Cetrone and Robert D. Webb, Nutter McClennen & Fish LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02210-2604, Michael T. Gass and Christine M. O'Connor, Palmer & Dodge LLP, 111 Huntington Avenue at Prudential Center, Boston, MA 02199, and Joan Ackerstein and Richard W. Paterniti, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116, by fax and first class mail, postage prepaid.

_____
Robert P. Morris