UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARY LOGAN,<br><br>                     Plaintiff,<br><br>v.<br><br>MERRIMAC PAPER CO., INC. and GERARD J. GRIFFIN, JR., BREWSTER STETSON, JAMES MORIARTY, and JOHN T. LEAHY, as they are or were Administrators and/or Trustees of the Merrimac Paper Co. Inc. Leveraged Employee Stock Ownership Plan,<br>                     Defendants. | Civil Action<br>No. 03-12351-RBC<br><br>**Consolidated with:**<br>Civil Action Nos. 03-10048-RBC and 03-12504-RBC |

### MOTION OF INDIVIDUAL DEFENDANTS FOR LEAVE TO RESPOND TO PLAINTIFF'S SUPPLEMENTAL STATEMENT PURSUANT TO APRIL 2, 2004 ORDER ON DEFENDANTS' MOTION TO CONSOLIDATE AND FOLLOWING HEARING OF MAY 26, 2004

Pursuant to Local Rule 7.1(B)(3), Defendants Gerard J. Griffin, Jr., John T. Leahy, James Moriarty and Brewster Stetson (collectively, "Individual Defendants") move for leave to respond to Plaintiff Mary Logan's "Supplemental Statement Pursuant to April 2, 2004 Order on Defendants' Motion to Consolidate and Following May 26, 2004 Hearing" ("Supplemental Statement"). Defendants' response is submitted herewith.

The grounds for this motion are that the Supplemental Statement contains erroneous arguments to which Defendants seek to respond.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned counsel hereby certifies that on July 6, 2004, Robert P. Morris, co-counsel for Defendant Griffin, conferred regarding the instant motion by correspondence with

Michael T. Cetrone, counsel for Plaintiff. Attorney Cetrone assented to the instant motion. In addition, Defendants have no objection to the filing of the Supplemental Statement in the first instance.

WHEREFORE, Defendants pray that the motion be granted, and that the Response to the Supplemental Statement be accepted for filing.

Respectfully submitted,

| | |
|---|---|
| GERARD GRIFFIN,<br>By his attorneys,<br><br>_/s/ [signature]_<br>Robert P. Joy (BBO# 254820)<br>Robert P. Morris (BBO# 546052)<br>MORGAN, BROWN & JOY<br>One Boston Place<br>Boston, MA 02108-4472<br>(617) 523-6666<br>Dated: July 9, 2004 | JAMES MORIARTY,<br>By his attorneys,<br><br>s/ Richard W. Paterniti (RPM)<br>Joan Ackerstein, (BBO# 348220)<br>Richard W. Paterniti (BBO# 645170)<br>JACKSON LEWIS LLP<br>75 Park Plaza<br>Boston, Massachusetts 02116<br>(617) 367-0025<br>Dated: July  , 2004<br><br>BREWSTER STETSON and<br>JOHN T. LEAHY,<br><br>By their attorneys,<br><br>s/ Christine M. O'Connor (RPM)<br>Michael T. Gass (BBO#546874)<br>Christine M. O'Connor (BBO#647535)<br>PALMER & DODGE LLP<br>111 Huntington Avenue at Prudential Center<br>Boston, MA 02199<br>(617) 239-0100<br>Dated: July 9, 2004 |

2

## CERTIFICATE OF SERVICE

I, Robert P. Morris, certify that on July 9, 2004, a copy of the foregoing document was served by first class mail upon counsel of record to this action, Jeffrey B. Renton and Edward J. Denton, Gilbert & Renton LLC, 23 Main Street, Andover, MA 01810; Matthew A. Caffrey and Thomas P. Smith, Caffrey & Smith P.C., 300 Essex Street, Lawrence, MA 01840; Michael T. Cetrone and Robert D. Webb, Nutter, McClennen & Fish LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02210-2604; Michael T. Gass and Christine M. O'Connor, Palmer & Dodge LLP, 111 Huntington Avenue at Prudential Center, Boston, MA 02199; Joan Ackerstein and Richard W. Paterniti, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116.

/s/ Robert P. Morris
Robert P. Morris