# United States District Court
# District of Massachusetts

MARY LOGAN
    Plaintiff,

v.                                                                                          CIVIL ACTION NO. 03-12351-RBC

MERRIMAC PAPER CO., INC.
LEVERAGED EMPLOYEES' STOCK
    OWNERSHIP PLAN AND TRUST,
GERARD J. GRIFFIN, JR.,
BREWSTER STETSON,
JAMES MORIARTY, and
JOHN T. LEAHY, ETC.,
    Defendants.

-----------------------------------------------------------------------------------------------------------

WILLIAM L. PROVOST, JR.
    Plaintiff,

v.                                                                                          CIVIL ACTION NO. 03-12504-RBC[1]

MERRIMAC PAPER CO., INC.
LEVERAGED EMPLOYEES' STOCK
    OWNERSHIP PLAN AND TRUST,
GERARD J. GRIFFIN, JR.,
BREWSTER STETSON,
JAMES MORIARTY, and
JOHN T. LEAHY, ETC,
    Defendants.

---

[1] On May 21, 2004, with the parties' consent both of these cases were referred and reassigned to the undersigned for all purposes, including trial and the entry of judgment, pursuant to 28 U.S.C. §636(c).

# SCHEDULING ORDER - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

The Court enters the within Scheduling Order pursuant to Rule 16(b), Fed. R. Civ. P.

(1)   Automatic disclosures must be COMPLETED *on or before the close of business on Tuesday, October 19, 2004.*

(2)   Initial set(s) of interrogatories and requests for production of documents must be served *on or before the close of business on Monday, November 1, 2004;* responses, answers and/or objections shall be served *within the time provided by the Federal Rules.*

(3)   All other discovery shall be filed and/or served *on or before the close of business on Monday, March 21, 2005* and COMPLETED *on or before the close of business on Friday, April 29, 2005.*

(4)   The conference set for Tuesday, October 19, 2004 is CONTINUED *to Tuesday, January 25, 2005 at 11:00 A.M.* at Courtroom #14 (5th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts. At said

conference, the Court shall hear counsel as to (a) the status of discovery and (b) whether the case should be referred for mediation, (c) whether any expert witnesses are to be called, (d) if so, the dates for expert disclosures, and (e) a date for a conference in early April, 2005 to discuss contemplated dispositive motions and set a schedule for briefing said motions.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

October 7, 2004.