UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE
2004 OCT 18  P 12:50
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| MARY K. LOGAN,                                )<br>                                                           )<br>            Plaintiff,                           )<br>                                                           )<br>v.                                                      )<br>                                                           )<br>MERRIMAC PAPER CO., INC.        )<br>LEVERAGED EMPLOYEES' STOCK  )<br>OWNERSHIP PLAN AND TRUST, AND )<br>GERARD J. GRIFFIN, JR., BREWSTER )<br>STETSON, JAMES MORIARTY AND   )<br>JOHN T. LEAHY, as they are or were )<br>Administrators and/or Trustees of the )<br>Merrimac Paper Co., Inc. Leveraged  )<br>Employee Stock Ownership Plan,       )<br>                                                           )<br>            Defendants.                       ) | CIVIL ACTION NO. 03-CV-12351-RBC |
| WILLIAM L. PROVOST, JR.             )<br>                                                           )<br>            Plaintiff,                           )<br>                                                           )<br>v.                                                      )<br>                                                           )<br>MERRIMAC PAPER CO., INC.        )<br>LEVERAGED EMPLOYEES' STOCK  )<br>OWNERSHIP PLAN AND TRUST, AND )<br>GERARD J. GRIFFIN, JR., BREWSTER )<br>STETSON, JAMES MORIARTY AND   )<br>JOHN T. LEAHY, as they are or were )<br>Administrators and/or Trustees of the )<br>Merrimac Paper Co., Inc. Leveraged  )<br>Employee Stock Ownership Plan,       )<br>                                                           )<br>            Defendants.                       ) | CIVIL ACTION NO. 03-CV-12504-RBC |

**<u>WILLIAM L. PROVOST, JR.'S ASSENTED TO MOTION TO EXTEND DATE
BY WHICH AUTOMATIC DISCLOSURES MUST BE COMPLETED AND
INITIAL SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS MUST BE SERVED</u>**

- 1 -

Plaintiff, William L. Provost, Jr., hereby requests in case (No. 03-12504-RBC) that the deadline to complete automatic disclosures be extended ten (10) days until Friday, October 29, 2004, and that the deadline for service of initial set(s) of interrogatories and requests for production of documents be extended eleven (11) days until Friday, November 12, 2004.

As grounds for this Motion, Provost states:

1. So as to avoid unnecessary costs, work on the foregoing-referenced tasks was not initiated until the Court ruled on the Motions to Dismiss;

2. Notifications of such rulings were received on or about October 12, 2004; and

3. The relatively slight adjustment to the Scheduling Order does not interfere with the Court's overall Scheduling Order, including other deadlines and the conference to take place on Tuesday, January 25, 2005.

4. Plaintiff's counsel has conferred with all of the Defendants' counsel, who through Attorney Christine M. O'Connor, assent to this Motion.

WHEREFORE, Plaintiff hereby requests that this Court extend the Automatic Disclosure deadline until the close of business on Friday, October 29, 2004, and the deadline for service of initial set(s) of interrogatories and requests for production of documents until the close of business on Friday, November 12, 2004.

- 3 -

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel hereby certify that he has conferred with Defendants' counsel who assent to this Motion.

**WILLIAM L. PROVOST, JR.**

By his attorneys,

*/s/ Michael T. Cetrone*
Michael T. Cetrone (BBO #079980)
Robert D. Webb (BBO #555666)
Nutter McClennen & Fish LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

Dated: October 18, 2004

## CERTIFICATE OF SERVICE

This is to certify that on October 18th, 2004, copies of the foregoing documents were served upon Defendant James Moriarty's attorney, Richard W. Paterniti, Jackson Lewis LLP, One Beacon Street, Suite 3300, Boston, MA 02108, Defendants Brewster Stetson and John T. Leahy's attorney, Christine M. O'Connor, Palmer & Dodge LLP, 111 Huntington Avenue, Boston, MA 02199, Defendant Gerard Griffin's attorney, Robert P. Morris, Morgan, Brown & Joy, One Boston Place, Boston, MA 02108, Plaintiff Alan R. Eggert's attorney, Jeffrey B. Renton, Gilbert & Renton LLC, 23 Main Street, Andover, MA 01810, and Plaintiff Ralph Harrison's attorney, Thomas P. Smith, Caffrey & Smith, P.C., 300 Essex Street, Lawrence, MA 01840, by first class mail, postage prepaid.

_/s/ Michael T. Cetrone_
Michael T. Cetrone