UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WILLIAM L. PROVOST, JR.,     \*
    \*
    Plaintiff,     \*
    \*
v.     \*
    \*
MERRIMAC PAPER CO., INC.     \*
LEVERAGED EMPLOYEES' STOCK     \*     Civil Action No. 03-12504-RBC
OWNERSHIP PLAN AND TRUST,     \*
AND GERARD J. GRIFFIN, JR.,     \*
BREWSTER STETSON, JAMES     \*
MORIARTY AND JOHN T. LEAHY,     \*
as they are or were Administrators     \*
and/or Trustees of the Merrimac     \*
Paper Co., Inc. Leveraged Employee     \*
Stock Ownership Plan,     \*
    \*
    Defendants.     \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF CHANGE OF ADDRESS

Please take notice that effective December 24, 2004, the address for the undersigned counsel will be:

       Morgan, Brown & Joy, LLP
       200 State Street, 11th Floor
       Boston, MA 02109-2605

The firm's phone number (617-523-6666) and fax number (617-367-3125) are not changing.

Respectfully submitted,

GERARD J. GRIFFIN, JR.

By his attorneys,

MORGAN, BROWN & JOY, LLP
One Boston Place, Suite 1616
Boston, MA 02108-4472
Telephone: (617) 523-6666
Facsimile: (617) 367-3125

By: _____
Robert P. Joy
B.B.O.#254820
Robert P. Morris
B.B.O #546052

Dated: December 17, 2004

## CERTIFICATE OF SERVICE

 I, Robert P. Morris, certify that on December 17, 2004, I caused a copy of the within pleading to be served by first class mail on counsel for the Plaintiffs Alan Eggert and Ralph Harrison, Jeffrey B. Renton and Edward J. Denn, Gilbert & Renton LLC, 23 Main Street, Andover, MA 01810; on counsel for the Plaintiffs Alan Eggert and Ralph Harrison, Thomas P. Smith, Caffrey & Smith, P.C., 300 Essex Street, Lawrence, MA 01840; on counsel for the Plaintiffs William L. Provost, Jr. and Mary Logan, Michael T. Cetrone and Robert D. Webb, Nutter McClennen & Fish, LLP, World Trade Center West, 155 Seaport Boulevard, Boston, MA 02210-2604; on counsel for the Defendant Merrimac Paper Co., Inc., William R. Grimm, Hinckley, Allen and Snyder, LLP, 28 State Street, Boston, MA 02109; on co-counsel for the Defendant Gerard J. Griffin, Jr., Bernard J. Bonn, III and Matthew A. Porter, Dechert, 200 Clarendon Street, Boston, MA 02116; on counsel for the Defendants Brewster Stetson and John T. Leahy, Michael T. Gass and Christine M. O'Connor, Palmer and Dodge, LLP, 111 Huntington Avenue at Prudential Center, Boston, MA 02199-7613; and on counsel for the Defendant James Moriarty, Joan Ackerstein and Richard W. Paterniti, Jackson Lewis LLP, 75 Park Plaza, Boston, MA 02116.

_____
Robert P. Morris