# United States District Court
# District of Massachusetts

**WILLIAM A. PROVOST, JR.,**
      **Plaintiff,**

      **V.**                                    **CIVIL ACTION NO. 2003-12504-RBC**

**MERRIMAC PAPER COMPANY, INC.,**
      **ET AL.,**
            **Defendants.**

## *ORDER OF REFERENCE FOR*
## *ALTERNATIVE DISPUTE RESOLUTION*

**COLLINGS, U.S.M.J.**

      **After consideration of the various alternative dispute resolution programs (ADR) available and at the request of counsel, I find this case appropriate for ADR and accordingly, refer this case to the Court's ADR Program for the following ADR:**

____EARLY NEUTRAL EVALUATION    **_X_** MEDIATION
____MINI-TRIAL                    ____SUMMARY JURY TRIAL
____SETTLEMENT CONFERENCE      ____SPECIAL MASTER
____PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

      Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be

advised of the conflict immediately.

     *IT IS REQUESTED THAT THE MEDIATION SESSION BE SCHEDULED BEFORE MARCH 15, 2005. THIS SAME MEDIATOR SHOULD BE APPOINTED FOR 03CV12351 AND 03CV10048 AND THE MEDIATION SESSIONS SHOULD BE AT THE SAME TIME FOR ALL THREE CASES.*

*/s/ Robert B. Collings*
**ROBERT B. COLLINGS**
**United States Magistrate Judge**

**Date: February 7, 2005.**

<u>CASE CATEGORY</u>

| | | | |
|---|---|---|---|
| Antitrust | _____ | Bankruptcy | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | X | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | Social Security | _____ |
| Other | _____ | | |