UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN R. EGGERT and RALPH HARRISON,<br>**Plaintiffs**,<br><br>v.<br><br>THE MERRIMAC PAPER COMPANY, INC. LEVERAGED EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST (the "ESOP"), MERRIMAC PAPER CO., INC., in its corporate capacity and as Sponsor of the ESOP, and GERARD J. GRIFFIN JR., BREWSTER STETSON, JAMES MORIARTY, and JOHN T. LEAHY, as they are or were Administrators and/or Trustees of the ESOP,<br>**Defendants**. | Civil Action No. 03-10048-RBC |
| WILLIAM L. PROVOST, JR.,<br>**Plaintiff**,<br><br>v.<br><br>MERRIMAC PAPER CO., INC. LEVERAGED EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST (the "ESOP"), and GERARD J. GRIFFIN, JR., BREWSTER STETSON, JAMES MORIARTY and JOHN T. LEAHY, as they are or were Administrators and/or Trustees of the ESOP,<br>**Defendants**. | Civil Action No. 03-12504-RBC |
| MARY LOGAN,<br>**Plaintiff**,<br><br>v.<br><br>MERRIMAC PAPER CO., INC. LEVERAGED EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST (the "ESOP"), and GERARD J. GRIFFIN, JR., BREWSTER STETSON, JAMES MORIARTY and JOHN T. LEAHY, as they are or were Administrators and/or Trustees of the ESOP,<br>**Defendants**. | Civil Action No. 03-12351-RBC |

### PARTIES' JOINT MOTION TO EXTEND ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION, AND TO CONTINUE TO STAY DISCOVERY AND OTHER CASE ACTIVITIES UNTIL JUNE 1, 2005

The parties in these related cases hereby jointly move the Court to extend its Order of Reference for Alternative Dispute Resolution dated February 7, 2005 (the "Order"), and to continue to stay discovery and other case activities until June 15, 2005. In support hereof, the parties state as follows:

1. Per the parties initial expectation, the Order requested the non-binding mediation to take place by March 15, 2005.

2. However, it took longer than anticipated to select a mediator (David Hoffman, Esq.), and scheduling conflicts among the many participants – i.e., the mediator, six law firms and their clients, and the insurance adjuster – further interfered with the March 15 deadline.

3. A mediation session has now been scheduled for May 25, 2005.

4. The parties collectively desire an extension of the stay to permit the mediation to take place free from the costs and burdens of active case activities.

WHEREFORE, the parties hereby request an extension of the Order and existing stay until June 15, 2005, at which time the parties shall report the case settled or jointly request a further extension, or the case shall automatically return to active status.

Respectfully submitted,
PLAINTIFF ALAN R. EGGERT,
By his attorneys,

_____
Jeffrey B. Renton (BBO # 554032)
GILBERT & RENTON LLC
23 Main Street
Andover, MA 01810
(978) 475-7580

PLAINTIFF RALPH HARRISON,
By his attorneys,

_____
Thomas P. Smith (BBO #555513)
CAFFREY & SMITH, P.C.
300 Essex Street
Lawrence, MA 01840
(978) 686-6151

2

| | |
|---|---|
| PLAINTIFFS WILLIAM L. PROVOST, JR., and MARY LOGAN<br>By their attorneys, | DEFENDANT JAMES MORIARTY<br>By his attorneys, |

*/s/ Michel Cetrone by TBA*
Michel T. Cetrone (BBO #079980)
Robert D. Webb (BBO #555666)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

*/s/ Richard Paterniti by TBA*
Joan Ackerstein (BBO #348220)
Richard Paterniti (BBO #65170)
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

DEFENDANT GERARD GRIFFIN,
By his attorneys,

DEFENDANTS BREWSTER
STETSON and JOHN T. LEAHY,
By their attorneys,

*/s/ Robert Morris by TBA*
Robert P. Joy (BBO #254820)
Robert P. Morris (BBO #546052)
MORGAN, BROWN & JOY
One Boston Place
Boston, MA 02108
(617) 523-6666

*/s/ Christine O'Connor by TBA*
Michael T. Gass (BBO #546874)
Christine O'Connor (BBO #547535)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

DATED: March 31, 2005