UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
ALAN R. EGGERT and RALPH HARRISON,      )
    **Plaintiffs**,                        )
                                        )
v.                                      )   Civil Action No. 03-10048-RBC
                                        )
THE MERRIMAC PAPER COMPANY, INC.        )
LEVERAGED EMPLOYEE STOCK                )
OWNERSHIP PLAN AND TRUST (the "ESOP"),  )
MERRIMAC PAPER CO., INC., in its corporate )
capacity and as Sponsor of the ESOP, and )
GERARD J. GRIFFIN JR., BREWSTER         )
STETSON, JAMES MORIARTY, and JOHN T.    )
LEAHY, as they are or were Administrators )
and/or Trustees of the ESOP,            )
    **Defendants**.                        )
_____)
                                        )
WILLIAM L. PROVOST, JR.,                )
    **Plaintiff**,                         )
                                        )
v.                                      )   Civil Action No. 03-12504-RBC
                                        )
MERRIMAC PAPER CO., INC. LEVERAGED      )
EMPLOYEE STOCK OWNERSHIP PLAN           )
AND TRUST (the "ESOP"), and GERARD J.   )
GRIFFIN, JR., BREWSTER STETSON, JAMES   )
MORIARTY and JOHN T. LEAHY, as they are or )
were Administrators and/or Trustees of the ESOP, )
    **Defendants**.                        )
_____)
                                        )
MARY LOGAN,                             )
    **Plaintiff**,                         )
                                        )
v.                                      )   Civil Action No. 03-12351-RBC
                                        )
MERRIMAC PAPER CO., INC. LEVERAGED      )
EMPLOYEE STOCK OWNERSHIP PLAN           )
AND TRUST (the "ESOP"), and GERARD J.   )
GRIFFIN, JR., BREWSTER STETSON, JAMES   )
MORIARTY and JOHN T. LEAHY, as they are or )
were Administrators and/or Trustees of the ESOP, )

   **Defendants**.       )
_____)

## PARTIES' JOINT MOTION TO FURTHER EXTEND ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION, AND TO CONTINUE TO STAY DISCOVERY AND OTHER CASE ACTIVITIES, UNTIL AUGUST 15, 2005

  The parties in these related cases hereby jointly move the Court to further extend its Order of Reference for Alternative Dispute Resolution dated February 7, 2005 (the "Order of Reference"), and to continue to stay discovery and other case activities, until August 15, 2005. In support hereof, the parties state as follows:

  1. The Order of Reference initially requested non-binding mediation to take place by March 15, 2005.

  2. However, it took longer than anticipated to select a mediator (David Hoffman, Esq.), and scheduling conflicts among the many participants – i.e., the mediator, six law firms and their clients, and the insurance adjuster – further interfered with the March 15 deadline.

  3. A mediation session was finally scheduled for May 25, 2005, but, owing to a family emergency affecting the mediator, was rescheduled for June 7, 2005.

  4. On April 4, 2005, the parties jointly moved to extend the Order of Reference and stay to June 15, 2005. The joint motion was approved by the Court on April 5, 2005.

  5. On June 6, 2005, a key party to the mediation – the insurance adjuster – came down suddenly ill, causing another postponement of the mediation session.

  6. The mediation is now scheduled for July 29, 2005.

7.      Accordingly, the parties now desire to further extend the Order of Reference and stay so that the mediation may occur before active case activities recommence.

WHEREFORE, the parties hereby request an extension of the Order of Reference and stay until August 15, 2005, at which time the parties shall report the case settled or jointly request a further extension, or the case shall automatically return to active status.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF ALAN R. EGGERT,<br>By his attorneys, | PLAINTIFF RALPH HARRISON,<br>By his attorneys, |
| _____/s/_____<br>Jeffrey B. Renton (BBO # 554032)<br>GILBERT & RENTON LLC<br>23 Main Street<br>Andover, MA 01810<br>(978) 475-7580 | _____/s/_____<br>Thomas P. Smith (BBO #555513)<br>CAFFREY & SMITH, P.C.<br>300 Essex Street<br>Lawrence, MA 01840<br>(978) 686-6151 |
| PLAINTIFFS WILLIAM L. PROVOST, JR.,<br>MORIARTY<br>and MARY LOGAN<br>By their attorneys, | DEFENDANT JAMES<br><br>By his attorneys, |
| _____/s/_____<br>Michel T. Cetrone (BBO #079980)<br>Robert D. Webb (BBO #555666)<br>NUTTER MCCLENNEN & FISH LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604<br>(617) 439-2000<br>DEFENDANT GERARD GRIFFIN,<br>By his attorneys, | _____/s/_____<br>Joan Ackerstein (BBO #348220)<br>Richard Paterniti (BBO #65170)<br>JACKSON LEWIS LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025<br><br>DEFENDANTS BREWSTER<br>STETSON and JOHN T. LEAHY, |

By their attorneys,

_____/s/_____                _____/s/_____
Robert P. Joy (BBO #254820)                  Michael T. Gass (BBO #546874)
Robert P. Morris (BBO #546052)               Christine O'Connor (BBO#47535)
MORGAN, BROWN & JOY                          PALMER & DODGE LLP
200 State Street, 11th Floor                 111 Huntington Avenue
Boston, MA 02109-2605                        Boston, MA 02199
(617) 523-6666                               (617) 239-0100

DATED:  June 15, 2005