UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ALAN R. EGGERT and RALPH HARRISON,<br>**Plaintiffs**,<br><br>v.<br><br>THE MERRIMAC PAPER COMPANY, INC. LEVERAGED EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST (the "ESOP"), MERRIMAC PAPER CO., INC., in its corporate capacity and as Sponsor of the ESOP, and GERARD J. GRIFFIN JR., BREWSTER STETSON, JAMES MORIARTY, and JOHN T. LEAHY, as they are or were Administrators and/or Trustees of the ESOP,<br>**Defendants**. | Civil Action No. 03-10048-RBC |
| WILLIAM L. PROVOST, JR.,<br>**Plaintiff**,<br><br>v.<br><br>MERRIMAC PAPER CO., INC. LEVERAGED EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST (the "ESOP"), and GERARD J. GRIFFIN, JR., BREWSTER STETSON, JAMES MORIARTY and JOHN T. LEAHY, as they are or were Administrators and/or Trustees of the ESOP,<br>**Defendants**. | Civil Action No. 03-12504-RBC |
| MARY LOGAN,<br>**Plaintiff**,<br><br>v.<br><br>MERRIMAC PAPER CO., INC. LEVERAGED EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST (the "ESOP"), and GERARD J. GRIFFIN, JR., BREWSTER STETSON, JAMES MORIARTY and JOHN T. LEAHY, as they are or were Administrators and/or Trustees of the ESOP,<br>**Defendants**. | Civil Action No. 03-12351-RBC |

## PARTIES' JOINT MOTION TO CONTINUE CONFERENCE SCHEDULED FOR TUESDAY, SEPTEMBER 13, 2005

The parties in these related cases hereby jointly move the Court to continue the conference scheduled for Tuesday, September 13, 2005 until on or after November 1, 2005, to further extend its Order of Reference for Alternative Dispute Resolution dated February 7, 2005 (the "Order of Reference"), and to continue to stay discovery and other case activities, until November 1, 2005.  In support hereof, the parties state as follows:

1. The Order of Reference initially requested non-binding mediation to take place by March 15, 2005.

2. However, it took longer than anticipated to select a mediator (David Hoffman, Esq.), and scheduling conflicts among the many participants – i.e., the mediator, six law firms and their clients, and the insurance adjuster – further interfered with the March 15 deadline.

3. On April 4, 2005, the parties jointly moved to extend the Order of Reference and stay to June 15, 2005.  The joint motion was approved by the Court on April 5, 2005.  On June 15, the parties jointly moved to further extend the Order of Reference and stay to August 15, 2005. On June 16, the Court approved the Joint Motion and provided an extension to August 16, 2005. Between August 16 and the present, by agreement of the parties, the stay of discovery has continued.

4. A mediation session was finally scheduled for May 25, 2005, but, owing to a family emergency affecting the mediator, was rescheduled for June 7, 2005.  Due to illness of one of the participants, the first mediation did not take place until July 29, 2005.

  4. On July 29, the parties and mediator agreed to continue discussions at a second day of mediation, on Monday, September 12, 2005.

  5. On Friday, September 9, the parties agreed to postpone and re-schedule the second day of mediation. A second day of mediation has now been scheduled for October 24, 2005. The postponement was requested by the insurer for Defendants, which was unable to conduct necessary communications with a prior insurer in sufficient time to mediate on September 12.

  6. The parties request that the conference scheduled for September 13 be continued until after October 24. Only after the second day of mediation is concluded will the parties be in a position to evaluate whether the case is likely to settle.

  7. The parties further request that this Court further extend the Order of Reference and stay so that the mediation may occur before active case activities recommence.

  WHEREFORE, the parties hereby request that the conference scheduled for September 13 be continued until on or after November 1 as the Court's schedule permits, and that the Order of Reference and stay be continued until November 1, 2005, at which time the parties shall report the case settled or jointly request a further extension, or the case shall automatically return to active status.

Respectfully submitted,

| | |
|---|---|
| PLAINTIFF ALAN R. EGGERT,<br>By his attorneys, | PLAINTIFF RALPH HARRISON,<br>By his attorneys, |
| s/Jeffrey B. Renton<br>Jeffrey B. Renton (BBO # 554032)<br>GILBERT & RENTON LLC<br>23 Main Street<br>Andover, MA 01810<br>(978) 475-7580 | s/Thomas P. Smith<br>Thomas P. Smith (BBO #555513)<br>CAFFREY & SMITH, P.C.<br>300 Essex Street<br>Lawrence, MA 01840<br>(978) 686-6151 |
| PLAINTIFFS WILLIAM L. PROVOST, JR.,<br>and MARY LOGAN<br>By their attorneys, | DEFENDANT JAMES MORIARTY<br>By his attorneys, |
| s/Michael T. Cetrone<br>Michael T. Cetrone (BBO #079980)<br>Robert D. Webb (BBO #555666)<br>NUTTER MCCLENNEN & FISH LLP<br>World Trade Center West<br>155 Seaport Boulevard<br>Boston, MA 02210-2604<br>(617) 439-2000 | s/Joan Ackerstein<br>Joan Ackerstein (BBO #348220)<br>Richard Paterniti (BBO #65170)<br>JACKSON LEWIS LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |
| DEFENDANT GERARD GRIFFIN,<br>By his attorneys, | DEFENDANTS BREWSTER<br>STETSON and JOHN T. LEAHY,<br>By their attorneys, |
| s/Robert P. Morris<br>Robert P. Joy (BBO #254820)<br>Robert P. Morris (BBO #546052)<br>MORGAN, BROWN & JOY<br>200 State Street, 11th Floor<br>Boston, MA 02109-2605<br>(617) 523-6666 | s/Michael T. Gass<br>Michael T. Gass (BBO #546874)<br>Christine O'Connor (BBO #547535)<br>PALMER & DODGE LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>(617) 239-0100 |

DATED: September 12, 2005