**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| William Provost, Jr.,<br>               Plaintiff,<br><br>v.<br><br>MERRIMAC PAPER CO., INC. LEVERAGED EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST, et al.,<br>               Defendants. | Civil No. 03-12504-RBC |
| Mary Logan,<br>               Plaintiff,<br><br>v.<br><br>MERRIMAC PAPER CO., INC. LEVERAGED EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST, et al.,<br>               Defendants. | Pretrial coordinated with<br><br>Civil No. 03-12351-RBC |
| ALAN R. EGGERT and RALPH HARRISON,<br>               Plaintiffs,<br><br>v.<br><br>MERRIMAC PAPER CO., INC. LEVERAGED EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST (the "ESOP"), MERRIMAC PAPER CO., INC., in its corporate capacity and as<br>Sponsor of the ESOP, and GERALD J. GRIFFIN, JR., BREWSTER STETSON, JAMES MORIARTY, and JOHN T. LEAHY, as they are or were Administrators and/or Trustees of the ESOP,<br>               Defendants. | and<br><br>Civil No.   03-10048-RBC |

270811.1

## NOTICE OF APPEARANCE

Please enter the appearance of Daniel G. Cromack of the law firm of Palmer & Dodge LLP, 111 Huntington Avenue, Boston, MA 02199-7613, as counsel for defendants Brewster Stetson and John T. Leahy.

|  |  |
|---|---|
|  | BREWSTER STETSON and JOHN T. LEAHY, |
|  | by their attorneys, |
|  |     /s/Daniel G. Cromack<br>Michael T. Gass (BBO #546874)<br>Christine O'Connor (BBO #647535)<br>Daniel G. Cromack (BBO #652252)<br>PALMER & DODGE LLP<br>111 Huntington Avenue at Prudential Center<br>Boston, MA 02199 |
| October 13, 2005 | (617) 239-0100 |