UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALAN R. EGGERT and RALPH HARRISON,<br>**Plaintiffs**,<br><br>v.<br><br>THE MERRIMAC PAPER COMPANY, INC. LEVERAGED EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST (the "ESOP"), MERRIMAC PAPER CO., INC., in its corporate capacity and as Sponsor of the ESOP, and GERARD J. GRIFFIN JR., BREWSTER STETSON, JAMES MORIARTY, and JOHN T. LEAHY, as they are or were Administrators and/or Trustees of the ESOP,<br>**Defendants**. | Civil Action No. 03-10048-RBC |
| WILLIAM L. PROVOST, JR.,<br>**Plaintiff**,<br><br>v.<br><br>MERRIMAC PAPER CO., INC. LEVERAGED EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST (the "ESOP"), and GERARD J. GRIFFIN, JR., BREWSTER STETSON, JAMES MORIARTY and JOHN T. LEAHY, as they are or were Administrators and/or Trustees of the ESOP,<br>**Defendants**. | Civil Action No. 03-12504-RBC |
| MARY LOGAN,<br>**Plaintiff**,<br><br>v.<br><br>MERRIMAC PAPER CO., INC. LEVERAGED EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST (the "ESOP"), and GERARD J. GRIFFIN, JR., BREWSTER STETSON, JAMES MORIARTY and JOHN T. LEAHY, as they are or were Administrators and/or Trustees of the ESOP,<br>**Defendants**. | Civil Action No. 03-12351-RBC |

## PARTIES' JOINT MOTION TO CONTINUE DATE FOR FILING STIPULATIONS OF DISMISSAL

The parties in these related cases hereby jointly move the Court to continue the deadline of January 13, 2006 for the parties to file the papers necessary to remove the above-captioned actions from the Court's docket, to and including January 27, 2006. In support hereof, the parties state as follows:

1. After settlement was reported in this action, on December 12, 2005 this Court issued orders in the above-captioned actions that by the close of business on January 13, 2006, the parties file papers necessary to remove the cases from the Court's docket.

2. Given the number of attorneys involved in this action, and the recent holiday season, the parties have not yet reached final agreement on the settlement terms.

3. In order to allow the parties sufficient time to conclude the settlement agreement, the parties request that this Court extend by two (2) weeks, until January 27, the date for filing pleadings necessary to conclude this action.

WHEREFORE, the parties hereby request that this Court's order of December 12, 2005 in the above-referenced cases be amended such that they be afforded until the close of business on January 27, 2006, to file pleadings necessary to conclude this action.

Respectfully submitted,

| PLAINTIFF ALAN R. EGGERT,<br>By his attorneys, | PLAINTIFF RALPH HARRISON,<br>By his attorneys, |
|---|---|

/s/Jeffrey B. Renton
Jeffrey B. Renton (BBO # 554032)
GILBERT & RENTON LLC
23 Main Street
Andover, MA 01810
(978) 475-7580

/s/Thomas P. Smith
Thomas P. Smith (BBO #555513)
CAFFREY & SMITH, P.C.
300 Essex Street
Lawrence, MA 01840
(978) 686-6151

PLAINTIFFS WILLIAM L. PROVOST, JR., and MARY LOGAN
By their attorneys,

DEFENDANT JAMES MORIARTY
By his attorneys,

/s/Michael T. Cetrone
Michael T. Cetrone (BBO #079980)
Robert D. Webb (BBO #555666)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000

/s/Richard Paterniti
Joan Ackerstein (BBO #348220)
Richard Paterniti (BBO #65170)
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

DEFENDANT GERARD GRIFFIN,
By his attorneys,

DEFENDANTS BREWSTER STETSON and JOHN T. LEAHY,
By their attorneys,

/s/Robert P. Morris
Robert P. Joy (BBO #254820)
Robert P. Morris (BBO #546052)
MORGAN, BROWN & JOY
200 State Street, 11th Floor
Boston, MA 02109-2605
(617) 523-6666

/s/Christine O'Connor
Michael T. Gass (BBO #546874)
Christine O'Connor (BBO #547535)
EDWARD ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
(617) 239-0100

DATED: January 11, 2006