EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM L. PROVOST, JR.,<br>**Plaintiff,**<br><br>v.<br><br>MERRIMAC PAPER CO., INC. LEVERAGED EMPLOYEE STOCK OWNERSHIP PLAN AND TRUST (the "ESOP"), and GERARD J. GRIFFIN, JR., BREWSTER STETSON, JAMES MORIARTY and JOHN T. LEAHY, as they are or were Administrators and/or Trustees of the ESOP,<br>**Defendants.** | Civil Action No. 03-12504-RBC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, William L. Provost, Jr., and Defendants, Brewster Stetson, Gerard J. Griffin, Jr., James Moriarty, and John T. Leahy, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action shall be and hereby is dismissed with prejudice and without costs or attorneys' fees to any party.

Respectfully submitted,

| PLAINTIFF WILLIAM L. PROVOST, JR., | DEFENDANT JAMES MORIARTY |
|---|---|
| By his attorneys, | By his attorneys, |
| /s/ Michael T. Cetrone  (RWP) | /s/ Richard W. Paterniti |
| Michael T. Cetrone (BBO #079980) | Joan Ackerstein (BBO #348220) |
| Robert D. Webb (BBO #555666) | Richard W. Paterniti (BBO #65170) |
| NUTTER MCCLENNEN & FISH LLP | JACKSON LEWIS LLP |
| World Trade Center West | 75 Park Plaza |
| 155 Seaport Boulevard | Boston, MA 02116 |
| Boston, MA 02210-2604 | (617) 367-0025 |
| (617) 439-2000 | |

| | |
|---|---|
| DEFENDANT GERARD GRIFFIN,<br>By his attorneys, | DEFENDANTS BREWSTER<br>STETSON and JOHN T. LEAHY,<br>By their attorneys, |
| /s/ Robert P. Morris  (RWP)<br>Robert P. Joy (BBO #254820)<br>Robert P. Morris (BBO #546052)<br>MORGAN, BROWN & JOY<br>200 State Street, 11th Floor<br>Boston, MA 02109-2605<br>(617) 523-6666 | /s/ Christine O'Connor  (RWP)<br>Michael T. Gass (BBO #546874)<br>Christine O'Connor (BBO #547535)<br>PALMER & DODGE LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>(617) 239-0100 |

DATED: January 27, 2006

- 16 -